KUUKU MINNAH-DONKOH
KMINNAHDONKOH@GRSM.COM

**GORDON&REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

**MEMO ENDORSED**

January 8, 2019

VIA ECF
Honorable Laura Taylor Swain
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2020

Re: Adler v. Solar Power, Inc., et al.
Case No. 16-CV-01635 (LLS)(GWG)

Dear Judge Swain:

My office represents the corporate defendants (collectively, "SPI") in connection with the above matter. I submit this letter to request a second and final adjournment of the Show Cause hearing scheduled for January 10, 2020, to February 28, 2020.

On November 8, 2019, SPI and Plaintiff (the "Parties") jointly advised the Court that they had reached a settlement in principle subject to reducing the terms of their agreement to a written settlement agreement. *See* ECF Doc. No. 189. Since then, the Parties have executed a written settlement agreement, which requires SPI to make installation payments. SPI has made several payments to date, but there is still an unpaid balance, which SPI expects to fully pay by the end of this month.[1] Assuming the Court grants SPI's application to adjourn the Show Cause hearing, full payment of the settlement amount by the end of this month will dispose of the need for the hearing.

Plaintiff objects to this application, and counsel for the Parties are available for a telephone conference with the Court this afternoon in the event the Court would like to have a telephone conference.

SPI thanks the Court for its time and attention to this application.

---

[1] The total amount paid by SPI to date exceeds the remaining unpaid balance.

Honorable Laura Taylor Swain
January 8, 2020
Page 2

                                                Respectfully submitted,

                                                */s/ Kuuku Minnah-Donkoh*
                                                Kuuku Minnah-Donkoh

cc:     Roger Marion, Esq. (*via* ECF)

[Handwritten note:] The hearing is adjourned to February 7, 2020, at 11 a.m. No further adjournments. DE #193 resolved.

SO ORDERED:

[Signature] 1/8/2020
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE